**FILED
CLERK**

11:19 am, May 02, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

JUNE CO D/B/A LILAC 11 LLC,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 2:21-cv-06606-GRB-JMW

**NOTICE OF SETTLEMENT**

Defendant June Co d/b/a Lilac 11 LLC ("Defendant") hereby notifies the Court that the present case has settled between Defendant and Plaintiff Michell Tenzer-Fuchs ("Plaintiff") (collectively, the "parties"), and states as follows:

    1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

    2.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

Dated: April 29, 2022

Respectfully submitted:

By:     */s/ Adi Kanlic*
Adi Kanlic (IL ARDC No. 6320888)
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
312.422.6100 –T
312.422.6110 – F
akanlic@ohaganmeyer.com
*Counsel for Defendant*

Dated: 5/2/2022
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2022, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

SHALOM LAW, PLLC.
Jonathan Shalom, Esq.
Jonathan@ShalomLawNY.com
105-13 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 971-9474

*ATTORNEY FOR PLAINTIFF*

*/s/ Adi Kanlic*
Adi Kanlic, ARDC No. 6320888
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
312.422.6100 –T  312.422.6110 – F
akanlic@ohaganmeyer.com